IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BOOTH T. JAMES,                  )
                                 )
     Plaintiff,                  )
                                 )       CIVIL ACTION NO.
     v.                          )         2:04cv1122-T
                                 )            (WO)
MONTGOMERY REGIONAL              )
AIRPORT AUTHORITY, et al.,       )
                                 )
     Defendants.                 )
```

OPINION

Plaintiff filed this lawsuit, pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 1981a, 2000e through 2000e-17, claiming that he was not promoted because of his race and was subjected to a racially hostile work environment. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment should be granted. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's

**objections should be overruled and the magistrate judge's**

**recommendation adopted.**

**An appropriate judgment will be entered.**

**DONE, this the 30th day of September, 2005.**

<u>  /s/ Myron H. Thompson  </u>
**UNITED STATES DISTRICT JUDGE**