IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BOOTH TIM JAMES, III,       )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )    2:04cv1122-MHT
                            )        (WO)
MONTGOMERY REGIONAL         )
AIRPORT AUTHORITY, et al., )
                            )
    Defendants.             )
```

ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on May 25, 2006, wherein the final judgment of this court made and entered herein on September 30, 2005 (Doc. no. 36), was in all respects affirmed; and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on August 14, 2006, and received in the office of the clerk of this court on August 15, 2006 (Doc. no. 40), it is the ORDER, JUDGMENT, and DECREE of the court that

the final judgment of this court made and entered on September 30, 2005 (Doc. no. 36), is continued in full force and effect.

DONE, this the 17th day of August, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**